## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARBARA GALANTE, individually   :   **CIVIL ACTION**
and as Executrix of the Estate of      :
John A. Galante        :    **NO. 16-5198**
    *Plaintiff*         :
                  :
      **v.**           :
                  :
**FINANCIAL INDUSTRY REGULATORY** :
**AUTHORITY, INC.,** *et al.*     :
    *Defendants*       :

## ORDER

**AND NOW**, this 2nd day of May 2018, upon consideration of the *motion for summary judgment* filed by Defendant Sun Life Assurance Company of Canada ("Sun Life"), [ECF 38], the response in opposition filed by Plaintiff Barbara Galante ("Plaintiff"), [ECF 44], and the motion for summary judgment filed by Plaintiff, [ECF 40], Plaintiff's supporting exhibits, [ECF 41, 42], Sun Life's response in opposition, [ECF 46], Sun Life's notice of supplemental authority, [ECF 56], and Plaintiff's response to Sun Life's notice of supplemental authority, [ECF 58], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Sun Life's motion for summary judgment, [ECF 38], is **GRANTED**, and Plaintiff's motion for summary judgment, [ECF 40], is **DENIED**.

It is further **ORDERED** that **JUDGMENT** is hereby entered in favor of Defendant Sun Life Assurance Company of Canada and against Plaintiff Barbara Galante.

**BY THE COURT:**

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*